**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

FEB 1 0 2026

BY: _____
DEPUTY CLERK

IN RE APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN ORDER
PURSUANT TO 18 U.S.C. § 2703(d)

:
:
: **Case No.**
:
:
:

## ORDER

Upon motion by the government and for good cause shown, the application and order in this matter are hereby ORDERED sealed until otherwise ordered by the Court.

ENTERED this _10th_ day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE