**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

|  |  |  |
|---|---|---|
| IN RE APPLICATION OF THE UNITED | : | |
| STATES OF AMERICA FOR AN ORDER | : | **Case No.** |
| PURSUANT TO 18 U.S.C. § 2703(d) | : | |

FEB 19 2026

LAURA A. AUSTIN, CLERK
BY: _K. Campbell_
DEPUTY CLERK

## UNITED STATES' MOTION TO SEAL

The United States, by counsel, requests that the Court order that the application and any resulting order in this matter be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

ROBERT N. TRACCI
Acting United States Attorney

_Danielle Stone_

Danielle Stone
Assistant United States Attorney
Virginia Bar No. 84503
United States Attorney's Office
180 W. Main Street, Suite B19
Abingdon, Virginia 24210
Telephone: 276-628-4161
Fax: 276-628-7399